```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
                                   :   22cv5987(DLC); 23cv1607(DLC);
In re: Daily Harvest, Inc.         :   23cv1617(DLC); 23cv1620(DLC);
Products Liability Litigation      :   23cv1627(DLC); 23cv1633(DLC);
                                   :   23cv1640(DLC); 23cv1643(DLC);
---------------------------------- X   23cv1648(DLC); 23cv1649(DLC);
                                       23cv1651(DLC); 23cv1653(DLC);
                                       23cv1658(DLC); 23cv1659(DLC);
                                       23cv1660(DLC); 23cv1662(DLC);
                                       23cv1663(DLC); 23cv1664(DLC);
                                       23cv1666(DLC); 23cv1668(DLC);
                                       23cv1672(DLC); 23cv1673(DLC);
                                       23cv1681(DLC); 23cv1683(DLC);
                                       23cv1686(DLC); 23cv1688(DLC);
                                       23cv1692(DLC); 23cv1694(DLC);
                                       23cv1703(DLC); 23cv1705(DLC);
                                       23cv1709(DLC); 23cv1712(DLC);
                                       23cv1713(DLC); 23cv1718(DLC);
                                       23cv1721(DLC); 23cv1725(DLC);
                                       23cv1727(DLC); 23cv1732(DLC);
                                       23cv1734(DLC); 23cv1736(DLC);
                                       23cv1737(DLC); 23cv1740(DLC);
                                       23cv1741(DLC); 23cv1742(DLC);
                                       23cv1743(DLC); 23cv1744(DLC);
                                       23cv1745(DLC); 23cv1748(DLC);
                                       23cv1750(DLC); 23cv2038(DLC);
                                       23cv2466(DLC); 23cv2607(DLC);
                                       23cv3825(DLC); 23cv3826(DLC);
                                       23cv3827(DLC); 23cv3828(DLC);
                                           23cv3831(DLC)
```

ORDER

DENISE COTE, District Judge:

On May 23, 2023, defendant Molinos Asociados SAC ("Molinos") submitted a request for extension of time to answer or otherwise respond. It is hereby

ORDERED that the deadline for Molinos to answer, move, or otherwise respond to the complaints in the above-numbered cases

in which Molinos is a defendant shall be June 28, 2023.

IT IS FURTHER ORDERED that there shall be no further extension of this deadline.

Dated:     New York, New York
           May 23, 2023

                                    _____
                                         DENISE COTE
                                    United States District Judge